Reversed.

---

EVE GRIFFIN BERKLEY v. W. RUSSELL BERKLEY.

(Filed 9 October 1963.)

APPEAL by defendant from an In Chambers order entered by *Mintz, J.,* on May 24, 1963, in NEW HANOVER Superior Court.

The plaintiff, Eva Griffin Berkley, instituted this civil action against W. Russell Berkley, her husband, for alimony without divorce. Her prayer for relief included alimony *pendente lite* and counsel fees.

PRATHER v. WALLPAPER CO.

After motions to amend the complaint and strike certain of its allegations were passed on by the court, the parties offered evidence in the form of affidavits as to plaintiff's need for the requested *pendente* allowances and as to defendant's financial ability to pay them. The court made certain findings of fact, and on the basis of the findings entered an order that pending the final hearing the plaintiff should have the use of the home and the defendant should pay the plaintiff $75.00 per month for the support of herself and the minor daughter of the parties. The court allowed $200.00 counsel fees. The defendant excepted and appealed.

*Addison Hewlett, Jr., for plaintiff appellee.*
*Isaac C. Wright for defendant appellant.*

PER CURIAM.   The evidence before Judge Mintz was conflicting with respect to the cause of the separation; likewise, divergent claims were made as to the respective incomes and needs of the parties. While the court might have made more specific and detailed findings, nevertheless enough appears to support the *pendente* allowances.

Of course, the defendant will have opportunity to make good on his alleged defenses when the controversy is heard on the merits. Sufficient reason to disturb the order does not appear.

Affirmed.